Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs.

GLENN DOUGLAS dba THE WASH HOUSE; LEE FAMILY TRUST 11-27-90 and DOES 1 THROUGH 10, Inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0690 L POR

TO: (Name and Address of Defendant)

*Lee Family Trust 11-27-90*
*2169 West Drive*
*El Cajon, CA 92021*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 1 6 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ.(SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.        : 0297928-01
Atty. File No.  : 08CV0690LPOR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF   : KAREL SPIKES
DEFENDANT   : GLENN DOUGLAS, et al.

Case No.: 08 CV 0690 L POR

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served : LEE FAMILY TRUST
   AUTHORIZED AGENT FOR SERVICE: EARL OR JEAN LEE
   b. Person served : JEAN LEE, (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2169 WEST DRIVE
   EL CAJON, CA 92021   (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 23, 2008   (2) at: 05:15 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: LEE FAMILY TRUST
   AUTHORIZED AGENT FOR SERVICE: EARL OR JEAN LEE
   under [xx] Other   LEE FAMILY TRUST

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $50.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 387
         (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 29, 2008

Signature: GREG COLE

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**