UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES, | Civil No.   08-cv-690-L (POR) |
|---|---|
| Plaintiff, | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING SETTLEMENT CONFERENCE** |
| v. | |
| GLENN DOUGLAS, doing business as The Wash House; LEE FAMILY TRUST, 11-27-90; DOES 1 through 10, Inclusive, | |
| Defendants. | |

Due to the sudden unavailability of Defendant Glenn Douglas's counsel, the Court held a telephonic Early Neutral Evaluation conference with attorneys only on July 18, 2008. Amy Vandeveld appeared as counsel for Plaintiff; David Peters appeared as counsel for Defendant Glenn Douglas; and Patrick Stark appeared as counsel for Defendant Lee Family Trust. Counsel for all parties represent that they are working towards a settlement of this matter. The Court finds good cause to delay issuing deadlines for compliance with the requirements of Federal Rule of Civil Procedure 26 at this time. The Court hereby schedules a Settlement Conference for **August 11, 2008 at 2:00 p.m.** All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. If the case does not settle at the

///

///

///

- 1 -

08cv690

1 | Settlement Conference, Rule 26 dates shall be issued immediately thereafter.

2 |     IT IS SO ORDERED

4 | DATED: July 22, 2008

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge