UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GLENN DOUGLAS, doing business as The Wash House; LEE FAMILY TRUST, 11-27-90; DOES 1 through 10, Inclusive,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08-cv-690-L (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　On August 11, 2008, the Court held a Settlement Conference in this case. Plaintiff Karel Spikes appeared, with Amy Vandeveld as counsel. Defendant Glenn Douglas appeared, with David Peters as counsel. Earl Lee and Jean Lee appeared as representatives of Defendant Lee Family Trust, with Patrick Stark as counsel. At the Settlement Conference, the case was settled and the terms of the settlement were recited on the record. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz on or before **September 22, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before September 22, 2008, then a Settlement Disposition Conference shall be held on **September 23, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only. Counsel for Defendant Glenn Douglas shall arrange and initiate the conference.

3. If a Joint Motion for Dismissal is received on or before September 22, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 13, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable M. James Lorenz
        all parties