FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 AUG 13 PM 4: 12

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Karel Spikes,

          Plaintiff,

    v.

          CASE NUMBER: 08-cv-0690-L (POR)

Glenn Douglas, et al.,

          Defendant(s).

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge Louisa S. Porter enforce the terms of the settlement agreement.

| Signatures | Date |
|---|---|
| | 8-11-08 |
| *Earl Jr. Lee* | 8-11-08 |
| *Jean E. Lee* | 8 11-08 |
| *Glenn W. Douglas* | 8-11-08 |
| | 8-11-08 |
| *By B. Dwyer* | 8/11/08 |
| *Karel Spikes* | 8-11-08 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Louisa S. Porter, United States Magistrate Judge, for the proceedings as stated, in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

8/13/08
Date

*M. James Lorenz*
United States District Judge