1  Amy B. Vandeveld, SBN 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue, Suite 22
   San Diego, California  92101
3  Telephone:  (619) 231-8883
   Facsimile:  (619) 231-8329
4
   Attorney for KAREL SPIKES
5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
                SOUTHERN DISTRICT OF CALIFORNIA
9

10

11 KAREL SPIKES,                     Case No.: 08 CV 0690 L
                                     (POR)
12          Plaintiff,
                                     **JOINT MOTION FOR
13 vs.                               DISMISSAL**

14 GLENN DOUGLAS dba THE WASH HOUSE;  [F.R.Civ.P. Rule 41
   LEE FAMILY TRUST 11-27-90 and DOES 1  (a)(1), (2)]
15 THROUGH 10, Inclusive,

16          Defendants.

17
       **IT IS HEREBY STIPULATED** by and between KAREL SPIKES,
18
   Plaintiff, on the one hand, and GLENN DOUGLAS dba THE WASH
19
   HOUSE, and LEE FAMILY TRUST 11-27-90, Defendants, on the other
20
   hand, (hereinafter "the Parties") through their respective
21
   attorneys of record that said Parties have agreed to resolve the
22
   case between them by way of settlement.
23
       The Parties further stipulate that Magistrate Judge Louisa
24
   S. Porter, or any other Magistrate Judge appointed by the Court,
25
   shall retain jurisdiction over all disputes between the Parties
26
   arising out of the Settlement Agreement including, but not
27
   limited to, interpretation and enforcement of the terms of the
28
                                1

1  Settlement Agreement.  The terms of the Settlement Agreement are

2  hereby incorporated in this Joint Motion for Dismissal.

3      The Parties further stipulate, pursuant to Federal Rules of

4  Civil Procedure 41(a) (1,2), that this Court enter a dismissal of

5  Plaintiff's Complaint and the related First Amended cross-claim

6  in USDC Case No. 08 cv 0690 L (POR) in their entirety and with

7  prejudice.  The Parties further stipulate that each shall bear

8  its, his or her own costs and fees with respect to any claims

9  they may have against each other in the instant action, except as

10  otherwise set forth in the Settlement Agreement.

11      **IT IS SO STIPULATED.**

12                              LAW OFFICES OF AMY B. VANDEVELD

13

14  DATED: _8/13/08_____          _S/Amy B. Vandeveld____
15                                  AMY B. VANDEVELD,
                                    Attorney for Plaintiff
16                                  E-mail: abvusdc@hotmail.com

17                              LAWYERS AGAINST LAWSUIT ABUSE, APC

18  DATED: __8/22/08_____          _S/David W. Peters_____
19                           By:  DAVID W. PETERS, Esq.
                                    Attorney for Defendant
20                                  GLENN DOUGLAS dba THE WASH HOUSE
                                    Email: dpeters@ascervus.com

21                              STARK & D'AMBROSIO, LLP

22

23  DATED: _____
                             By:  _____
24                                  PATRICK J. STARK, Esq.
                                    Attorney for Defendant
25                                  LEE FAMILY TRUST 11-27-90

26

27

28

                                    2

1 | Settlement Agreement.  The terms of the Settlement Agreement are
2 | hereby incorporated in this Joint Motion for Dismissal.
3 |     The Parties further stipulate, pursuant to Federal Rules of
4 | Civil Procedure 41(a) (1,2), that this Court enter a dismissal of
5 | Plaintiff's Complaint and the related First Amended cross-claim
6 | in USDC Case No. 08 cv 0690 L (POR) in their entirety and with
7 | prejudice.  The Parties further stipulate that each shall bear
8 | its, his or her own costs and fees with respect to any claims
9 | they may have against each other in the instant action, except as
10 | otherwise set forth in the Settlement Agreement.
11 |     **IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: 8/13/08          S/Amy B. Vandeveld
                        AMY B. VANDEVELD,
                        Attorney for Plaintiff
                        E-mail: abvusdc@hotmail.com

                        LAWYERS AGAINST LAWSUIT ABUSE, APC

DATED: _____
                 By:    DAVID W. PETERS, Esq.
                        Attorney for Defendant
                        GLENN DOUGLAS dba THE WASH HOUSE

                        STARK & D'AMBROSIO, LLP

DATED: 8/19/08
                 By:    PATRICK J. STARK, Esq.
                        Attorney for Defendant
                        LEE FAMILY TRUST 11-27-90

2