UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                                          Plaintiff,<br><br>                 v.<br><br>GLENN DOUGLAS, doing business as The Wash House; LEE FAMILY TRUST, 11-27-90; DOES 1 through 10, Inclusive,<br><br>                                          Defendant. | Civil No.    08-cv-690-L (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br>**[Doc. No. 14.]** |

On August 13, 2008, with the consent of all parties, the Honorable M. James Lorenz referred this case for Magistrate Judge jurisdiction pursuant to the provisions of 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73.  On August 22, 2008, the parties filed a Joint Motion to Dismiss all claims, with a stipulation that the Court shall retain jurisdiction to interpret and enforce the terms of the parties' Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

It is hereby ordered that the Complaint in USDC Case No. 08-CV-0690-POR is dismissed in its entirety and with prejudice.  Each party shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is incorporated herein by reference.

DATED:  August 26, 2008

LOUISA S PORTER
United States Magistrate Judge